JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR12-00371RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE INDICTMENT DEADLINE |
| JAVIER MORALES-URBINO, | ) | |
| Defendant. | ) | |

The Court has considered the unopposed motion to extend the indictment deadline. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about January 4, 2013, until February 4, 2013.

The Court finds that the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, it is ORDERED that the date on or before which an indictment must be filed is extended from on or about January 4, 2013, until February 4, 2013.

It is FURTHER ORDERED that the period of delay from on or about January 4, 2013,

ORDER TO EXTEND INDICTMENT DEADLINE
(*Javier Morales-Urbino;* CR12-00371RSL) - 1 -

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

until February 4, 2013, is excludable time pursuant to Title 18, U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 10th day of January, 2013.

*Robt S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Nancy Tenney*
Nancy Tenney, WSBA No. 35304
Attorney for the Defendant
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
Nancy_Tenney@fd.org

ORDER TO EXTEND INDICTMENT DEADLINE
(*Javier Morales-Urbino;* CR12-00371RSL)  - 2 -

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**